476 A.2d 60

Commonwealth v. Gizdavic, Appellant.

Argued January 10, 1984.   John B. Leedom, for appellant;   Christopher J. Serpico, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order reversed.

476 A.2d 60

Commonwealth v. Hake, Appellant.

Argued November 1, 1983.   Robert Marc, for appellant;   J. Christian Ness, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Judgment of sentence affirmed.